IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AETC II PRIVATIZED HOUSING, LLC;<br>HUNT AETC II COMMUNITIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 22-345 C |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiffs AETC II Privatized Housing, LLC and Hunt AETC II Communities, LLC hereby notify the Court of the following directly related case:

- *Aurora Military Housing, LLC et al. v. United States*, No. 21-2182C.

Like Plaintiffs' case here, the aforementioned case also involves plaintiffs owning and operating a privatized military housing project under the Military Housing Privatization Initiative that are seeking to recover damages from the Government as a result of the Government's unilateral reduction of the Basic Allowance for Housing pursuant to the National Defense Authorization Act of 2015. Therefore, the cases are based on the same or similar claims. Because of the overlapping factual bases and legal theories, assigning this case to the judge in *Aurora Military Housing* will conserve judicial resources and promote the efficient administration of justice.

The Plaintiffs also notify the Court of several cases filed simultaneously to this case also involving plaintiffs owning and operating privatized military housing projects under the Military Housing Privatization Initiative and that are seeking to recover damages from the Government as

1

a result of the Government's unilateral reduction of the Basic Allowance for Housing enacted by the National Defense Authorization Act of 2015.  Although these cases involve different legal entities, operating under different (yet similar) contracts with the various military service branches, all of these cases involve the same legal claims arising from the same unilateral reduction of BAH by the Government and all plaintiffs share common ownership with Plaintiffs here.  Accordingly, these cases are also directly related cases to those described above, and assignment of these cases to the same judge will conserve judicial resources and promote the efficient administration of justice.  As of the filing of this notice, these cases have not yet been assigned case numbers.

- *Air Force Academy Military Communities, LLC v. United States*;
- *BLB Privatized Housing, LLC v. United States*;
- *Buckley Family Housing, LLC v. United States*;
- *De Luz Housing, LLC; Hunt Companies, Inc. v. United States*;
- *Dover Air Force Base Properties, LLC v. United States*;
- *Fort Lee Commonwealth Communities, LLC; Fort Lee Family Housing, LLC v. United States*;
- *Hampton Roads PPV, LLC; Homeport Hampton Roads, LLC v. United States*;
- *Hunt Southern Group, LLC v. United States*;
- *Kirtland Family Housing, LLC v. United States*;
- *Midwest Family Housing, LLC; Midwest Military Communities, LLC v. United States*;
- *Nellis Air Force Base Properties, LLC v. United States*;
- *Ohana Military Communities, LLC; Hawaii Military Communities, LLC v. United States*;
- *Pacific Northwest Communities, LLC; Northwest Military Communities, LLC v. United States*;
- *Redstone Communities, LLC; Redstone Investments, LLC v. United States*;

- *Robins Air Force Base Properties II, LLC; WRAF Housing II, LLC v. United States*;

- *Scott Air Force Base Properties, LLC v. United States*; and

- *The Properties at Wright Field, LLC v. United States*.

*Of Counsel:*
Tyler E. Robinson
John M. Satira
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
E-mail: trobinson@velaw.com
E-mail: jsatira@velaw.com

Date: March 30, 2022

Respectfully submitted,

s/ David R. Johnson
David R. Johnson
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6706
Facsimile: (202) 879-8906
E-mail: drjohnson@velaw.com

*Attorney of Record for*
*AETC II Privatized Housing, LLC and Hunt AETC II Communities, LLC*