# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

| | |
|---|---|
| **AURORA MILITARY HOUSING, LLC, et al., and AETC II PRIVATIZED HOUSING, LLC, et al.,** | \* |
| | \* |
| | \* |
| | \*   **Nos. 21-2182C; 22-345C; 22-346C;** |
| | \*   **22-348C; 22-349C; 22-350C; 22-** |
| **Plaintiffs,** | \*   **351C; 22-352C; 22-353C; 22-354C;** |
| | \*   **22-355C; 22-356C; 22-357C; 22-** |
| **v.** | \*   **358C; 22-359C; 22-360C; 22-361C;** |
| | \*   **22-362C; 22-363C** |
| | \*   **Filed: November 8, 2022** |
| **UNITED STATES,** | \* |
| | \* |
| **Defendant.** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## O R D E R

The court is in receipt of the motions, which include a "request for a 14-day enlargement of time, to and including Friday, November 18, 2022, to file a response to the inquiries made by the Court during the October 26, 2022 oral argument." As discussed at the oral argument, internal agency documents and publicly available documents that govern the process for how the United States Department of Defense calculates the Basic Allowance for Housing were not included with the defendant's filings in this court. The motions are **GRANTED**. On or before **Friday, November 18, 2022,** defendant shall file the documents responsive to the court's request for information regarding service members' basic allowance for housing. Additionally, defendant shall file a supplemental brief which details the documents which govern the plaintiffs' contractual obligations with the government, as well as indicate how the government recommends that the court group the plaintiffs for the purposes of the motions to dismiss. In its supplemental brief, defendant shall also respond to the plaintiffs' November 4, 2022 filings. On or before **Friday, December 2, 2022,** plaintiffs shall file reply briefs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**